**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS MELENDEZ, *dba* California Motor Escorts,<br><br>            Plaintiff,<br><br>     v.<br><br>MIKE OLIVEIRA, *dba* California Motor Escorts, *et al.*,<br><br>            Defendants.<br>_____/ | No. C-05-4271 WHA (EMC)<br><br>**ORDER REMOVING DOCKET NOS. 36, 37, AND 38 FROM ELECTRONIC FILING** |

   This Court orders the removal of Docket No. 36 (Defendants' Settlement Conference Statement), Docket No. 37 (Plaintiff's Settlement Conference Statement), and Docket No. 38 (Defendants' Amended Settlement Conference Statement), all which were filed electronically. The Court refers counsel and parties to its March 24, 2006 Notice of Settlement Conference and Settlement Conference Order, as well as to the May 11, 2006 Clerk's Notice, instructing counsel and parties to lodge Settlement Conference statements by hard copy only. Failure to comply with this Court's orders may result in sanctions.

   IT IS SO ORDERED.

Dated: August 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge