**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JULIUS MELENDEZ, an individual, doing          No. C 05-04271 WHA
     business as CALIFORNIA MOTOR
11   ESCORTS,

12               Plaintiff,                          **ORDER REQUESTING**
                                                     **STIPULATED DISMISSAL**
13        v.

14   MIKE OLIVEIRA, an individual, doing
     business as CALIFORNIA MOTOR
15   ESCORTS, DAVID REIMERS, an individual,
     doing business as CALIFORNIA MOTOR
16   ESCORTS, JOHN DISKON, an individual,
     doing business as CALIFORNIA MOTOR
17   ESCORTS, CALIFORNIA
     MOTOR ESCORTS, an unknown business
18   entity, and DOES 1 through 100,

19               Defendants.

20   _____/

21        According to Docket Entry No. 41, this action has been fully settled by the parties.  This

22   order, therefore, requests that the parties submit a stipulated dismissal of this action by no later

23   than August 25, 2006, so that the file may be closed.

24

25        **IT IS SO ORDERED.**

26

27   Dated:  August 16, 2006
                                                    _____
28                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE